**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WILLIAM RAY HOLLAND,

    Plaintiff,

vs.                                                    Case No.  3:05-cv-289-J-MCR

JO ANNE B. BARNHART, Commissioner of
the Social Security Administration,

    Defendant.
_____/

## **ORDER**

    **THIS CAUSE** is before the Court on Plaintiff's Response to the Order to Show Cause (Doc. 15) filed October 28, 2005.  Counsel for Plaintiff asserts that she failed to file her client's memorandum of law on September 30, 2005 (the deadline established in the Scheduling Order) because her office made a clerical mistake and inadvertently noted the deadline as November 29, 2005 (the deadline for the Commissioner's memorandum).  Based on this response, the Court will allow Plaintiff to file his memorandum of law out of time.  Defendant shall file her memorandum of law no later than **December 27, 2005**.

    **DONE AND ORDERED** in Chambers in Jacksonville, Florida this  31st  day of October, 2005.

                                                  *Monte C. Richardson*
                                                  MONTE C. RICHARDSON
                                                  UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record